

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dustin Judd Lamb, Appellant

No. 06-19-00203-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28012).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for a new trial in accordance with this opinion.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED APRIL 17, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk